Peter C. Coorlas, appellant, v. Nick Trohalis and Charles Stilianopulos, appellees. Gen. No. 27,716.

Action of forcible detainer. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Rose & Symmes, for appellant. Mather & Hutson, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

James Petrizzo, individually and as guardian of the estate of Frank Petrizzo, et al., appellees, v. National Council of Knights and Ladies of Security, appellant. Gen. No. 27,728.

Action on a policy of life insurance. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

A. W. Fulton, John V. McCormick and S. J. Fulton, for appellant. Rudolph Frankenstein and John J. Lupe, for appellees; Rudolph Frankenstein, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Otto Bormann and Amelia Bormann, appellees, v. Stephen Kruszynski, appellant. Gen. No. 27,737.

Action for fraud and deceit inducing an exchange of real estate. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922. *Certiorari* denied by Supreme Court (making opinion final).

James S. Wight, for appellant. Johan Waage, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

H. H. Evans et al., v. Illinois Surety Company.

Joint appeals of Hannah Schroeder, individually, et al., and Marguerite Rapp, individually, et al., appellants, v. James S. Hopkins, receiver, appellee. Gen. No. 27,753.

Claims against a receiver on a judgment rendered in another state. Claims allowed and appeal from allowance of interest at the rate allowed in the other state only to the date of filing of the claims instead of their allowance. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.

Edward G. Berglund, George A. Berry, Jr., W. W. Slabaugh and Joseph A. Rapp, Jr., for appellants. A. J. Hopkins, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

James V. Bailey, appellee, v. United States Fidelity and Guaranty Company, appellant. Gen. No. 27,759.

Action upon an insurance policy to recover for the larceny of a diamond. Judgment for plaintiff *non obstante veredicto.* Appeal from the County Court of Cook county; the Hon. F. S. Righeimer, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed December 11, 1922.